# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D18-3288

_____

HENRY AUSTIN,

Petitioner,

v.

FLORIDA COMMISSION ON
OFFENDER REVIEW,

Respondent.

_____

Petition for Writ of Certiorari–Original Jurisdiction.

May 21, 2019

PER CURIAM.

We accept Respondent's confession of error and quash the order so that the trial court can consider the Petitioner's reply, if any is filed.

WOLF, BILBREY, and WINSOR, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Henry Austin, pro se, Petitioner.

Mark J. Hiers, Assistant General Counsel, Florida Commission on Offender Review, Tallahassee, for Respondent.